United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Filing Date: _____    Docket #: _____

Debtor: **Backert, Joseph M**_____    Co-Debtor: **Burgess-Backert, Fay M**_____

SS#: **3831**_____    SS#: **7250**_____

Address: **5 Wyman Road**_____    Address: **5 Wyman Road**_____

**Lexington, MA  02420**_____    **Lexington, MA  02420**_____

Debtor's Counsel:

**Smeloff & Benner**
**100 Grossman Drive - Suite 305**
**Braintree, MA  02184**

**(781) 843-2323**
**(781) 843-2324**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Docket#:

DEBTORS: (H) **Backert, Joseph M**            SS# **3831**
         (W) **Burgess-Backert, Fay M**       SS# **7250**

TERM OF THE PLAN **60** Months.
(If the plan is longer than thirty-six (36) months and debtor's plan is governed by 11 U.S.C § 1322 (d)(2), a statement of cause under must be attached hereto.)
**STATEMENT OF CAUSE: The Debtor(s) is hereby required to extend the Plan to 60 months due to income constraints that would make a shorter Plan unfeasible.**

PLAN PAYMENT: Debtor(s) to pay monthly: $ **350.00**.

## I. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Select Portfolio Svcin** | 1st Mortgage 5 Wyman Road Lexington, MA | 16,500.00 |
| | Total of secured claims to be paid through the Plan: $ | 16,500.00 |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Select Portfolio Svcin** | 1st Mortgage 5 Wyman Road Lexington, MA |
| **Specialized Loan Servi** | 2nd Mortgage 5 Wyman Road Lexington, MA |

## II. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. All Other Priority Creditors:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total of Priority Claims to Be Paid Through the Plan: $ | 0.00 |

## III. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **0.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## IV. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **2.00%** of their claims.

A. General unsecured claims: $ __119,898.00__

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of A + B + C unsecured claims: $ __119,898.00__

D. **Multiply total by percentage: $ 2,400.00**.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

D. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total amount of separately classified claims payable at **100%**: $ __0.00__

V. **OTHER PROVISIONS**:

A. Liquidation of assets to be used to fund Plan:

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Assumption/Rejection of Leases:
**None**

D. Miscellaneous provisions:

**CALCULATION OF PLAN PAYMENT:**

| | |
|---|---|
| a. Secured claims (Section I-A Total): | $ 16,500.00 |
| b. Priority claims (Section II-A & B Total): | $ 0.00 |
| c. Administrative claims (Section III A & B Total): | $ 0.00 |
| d. Regular unsecured claims (Section IV – D Total): | $ 2,400.00 |
| e. Separately classified unsecured claims (Section IV – E Total): | $ 0.00 |
| f. Total of a + b + c + d + e above: | $ 18,900.00 |
| g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ 21,000.00 |

(This represents the total amount to be paid into the Chapter 13 Plan)

h. Divide (g) Cost of Plan by Term of Plan: **60** months
i. Round up to nearest dollar: Monthly Plan Payment: $ __350.00__
(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty ( 30 ) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make pre-confirmation adequate protection payments directly to the secured creditor.

**LIQUIDATION ANALYSIS**

I. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **5 Wyman Road** | 487,500.00 | 426,937.00 |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 60,563.00 |
| Less Total Exemptions (Schedule C): | $ | 60,563.00 |

Available Chapter 7:                          $         0.00

II. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| 2000 Jeep Cherokee (130K Miles) | 2,175.00 | 0.00 | 2,175.00 |
| 2002 Ford Windstar (150K Miles) | 1,800.00 | 0.00 | 1,800.00 |

Total Net Equity:                             $     3,975.00
Less Total Exemptions (Schedule C):           $     3,975.00
Available Chapter 7:                          $         0.00

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)


Total Net Value:                              $     9,225.00
Less Exemptions (Schedule C):                 $     9,225.00
Available Chapter 7:                          $         0.00

**SUMMARY (Total amount available under Chapter 7):**

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $ **0.00**.
Additional Comments regarding Liquidation Analysis:


**Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.**

/s/ *Richard D. Smeloff*                      August 20, 2011
Debtor's Counsel                              Date

Counsel's Address:
**Smeloff & Benner
100 Grossman Drive - Suite 305
Braintree, MA 02184**

Tel. # **(781) 843-2323**                     Email Address: **rsmeloff@msn.com**


**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

/s/ **Joseph M Backert**                      **August 20, 2011**
Debtor                                        Date
/s/ **Fay M Burgess-Backert**                 **August 20, 2011**
Debtor                                        Date

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy first class mail, postage pre paid of the within Chapter 13 Plan to the attached distribution service list.


/s/ Richard D. Smeloff, Esq.
Richard D. Smeloff, Esq.

Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040


Bank Of America
Po Box 17054
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Citi
Po Box 6241
Sioux Falls, SD 57117


Citibankna
1000 Technology Dr
O Fallon, MO 63368


Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Expo/cbna
Po Box 6497
Sioux Falls, SD 57117

Exxmblciti
Po Box 6497
Sioux Falls, SD   57117


Gemb/empire
Po Box 981439
El Paso, TX   79998


Gemb/ge Money Bank Low
Po Box 981400
El Paso, TX   79998


Gemb/sams Club
Po Box 965005
Orlando, FL   32896


Hsbc/bsbuy
Pob 15521
Wilmington, DE   19805


Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI   53051


Sears/cbna
701 East 60th St N
Sioux Falls, SD   57117


Sears/cbna
Po Box 6189
Sioux Falls, SD   57117


Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT   84165

Specialized Loan Servi
8742 Lucent Blvd.#300
Highlands Ranch, CO   80129


Sunoco/citi
Po Box 6497
Sioux Falls, SD   57117


Target N.b.
Po Box 673
Minneapolis, MN   55440


Thd/cbna
Po Box 6497
Sioux Falls, SD   57117


Unvl/citi
8787 Baypines
Jacksonville, FL   32201


Wfnnb/eddie Bauer
995 W 122nd Ave
Westminster, CO   80234


Wfnnb/victorias Secret
Po Box 182128
Columbus, OH   43218